JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN ARCHER, JOVAN NEALY, an MARCUS DIGGS, and 42 Absent Unamed Plaintiffs,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN RETTER, DOE's 1 thru 10, and CCHCS et al.,<br><br>Defendants. | Case No. 2:20-cv-00759-DSF (JDE)<br><br>JUDGMENT |

Pursuant to the Memorandum and Order of Dismissal,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: March 18, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE